**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01488-CR
No. 05-12-01489-CR

**JUAN RAMON HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F12-19054-H, F12-19055-H

## ORDER

The Court **REINSTATES** the appeals.

On August 21, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) counsel's explanation for the delay in filing appellant's brief is his workload; and (3) counsel asked for forty-five days from the September 23, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 14, 2013**. Because appellant's brief is already three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will order J. Daniel Oliphant removed as appellant's

appointed counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE